IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TIFFANY WADE, individually, and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:21CV506 |
| JMJ ENTERPRISES, LLC and TRACI JOHNSON MARTIN, | ) ) ) ) | |
| Defendants. | | |

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on May 19, 2022, was served on the parties in this action. (ECF Nos. 49, 50.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Leave to File Amended Complaint, (ECF No. 20), is GRANTED.

This, the 3rd day of June 2022.

/s/ Loretta C. Biggs
United States District Judge