IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NUMBER: 1:21-cv-506

| | |
|---|---|
| Tiffany Wade, individually, and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>    vs.<br><br><br><br>JMJ Enterprises, LLC and<br>Traci Johnson Martin,<br>    *Defendants*. | *Defendants' Response in Opposition to Plaintiff's Motion to Certify NCWHA Class Action Under Rule 23* |

COME NOW the Defendants, by and through the undersigned counsel, and pursuant to Local Rule 7.3 and Rule 23 of the Federal Rules of Civil Procedure responding in opposition to the Plaintiff's Rule 23 Motion. The Defendants memorandum in opposition to the Plaintiff's motion is filed contemporaneously herewith, with the following attached exhibits:

| EXH. NO. | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Traci Martin Deposition Transcript |
| 2 | Tiffany Wade Deposition Transcript w/ attached exhibits 1-5, 7-8 |
| 3 | Traci Martin Declaration w/ attached exhibit A |
| 4 | JaSayah Bell Declaration w/ attached exhibits |
| 5 | Tyler Martin Declaration |
| 6 | Shamekia Allred-Clapp Interrogatory Responses |
| 7 | Tika Arnold Interrogatory Responses |
| 8 | Marquashia Bradley Interrogatory Responses |

2

| | |
|---|---|
| 9 | Shiquessta Brown Interrogatory Responses |
| 10 | Courtney Cherry Interrogatory Responses |
| 11 | Sharon Cherry Interrogatory Responses |
| 12 | Anthony Fuller Interrogatory Responses |
| 13 | Nahla Graham Interrogatory Responses |
| 14 | Alex Johnson Interrogatory Responses |
| 15 | Lakita Johnson Interrogatory Responses |
| 16 | Amanda Johnston Interrogatory Responses |
| 17 | Alexis Levette Interrogatory Responses |
| 18 | Brandon Mapp Interrogatory Responses |
| 19 | Jennifer Russell Interrogatory Responses |
| 20 | Arianna West Interrogatory Responses |
| 21 | Tika Arnold Deposition Transcript |
| 22 | Sharon Cherry Deposition Transcript |
| 23 | Anthony Fuller Deposition Transcript w/ attached Exhibit 1 |
| 24 | Nahla Graham Deposition Transcript |
| 25 | Amanda Johnston Deposition Transcript |

This the 16th day of February, 2023.

GRAY NEWELL THOMAS, LLP.

BY: /s/ Angela Gray
 Angela Newell Gray
 7 Corporate Center Court, Suite B
 Greensboro, NC  27408
 Telephone: (336) 285-8151
 Facsimile: (336) 458-9359

Email: angela@graynewell.com
*Attorney for Defendants/Counterclaim Plaintiff*
NC Bar # 21006

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NUMBER: 1:21-cv-506

Tiffany Wade, individually, and on )
behalf of all others similarly situated, )
    *Plaintiff*, )
)
    vs. )    <u>*Certificate of Service*</u>
)
)
JMJ Enterprises, LLC and )
Traci Johnson Martin, )
    *Defendants*. )

I, Angela Newell Gray, Attorney for the Defendants, do hereby certify that I filed the foregoing Defendants' Response in Opposition to Plaintiff's Rule 23 Motion with the Clerk of Court using the CM/ECF electronic filing service which will send electronic notification to the following CM/ECF participants: L. Michelle Gessner at michelle@mgessnerlaw.com.

This the 16th day of February, 2023.

GRAY NEWELL THOMAS, LLP.

BY:    <u>/s/ Angela Gray</u>
        Angela Newell Gray
        7 Corporate Center Court, Suite B
        Greensboro, NC 27408
        Telephone:    (336) 285-8151
        Facsimile:    (336) 458-9359
        Email:    angela@graynewell.com
        *Attorney for Defendants/Counterclaim Plaintiff*
        NC Bar # 21006