# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TIFFANY WADE, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>JMJ ENTERPRISES, LLC and TRACI JOHNSON MARTIN,<br><br>  Defendants. | 1:21CV506 |

## ORDER

This matter is before the Court on Plaintiffs' Opposed Motion to Continue Trial and To Allow Rule 23(c)(2)(b) Class Notice to Be Sent to Class Members Notifying of Their Rights, (ECF No. 92). Defendants filed their Response in Opposition. (ECF No. 95.) Having considered the motion, record, and applicable authority, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion, (ECF No. 92), is **GRANTED** as set forth herein:

  a. Defendants are ordered to provide Plaintiffs' counsel with an updated class member list providing the name, address, and dates of employment for all class members who worked for Defendants from June 21, 2018, through the present, within seven (7) days of this Court's Order.

  b. Counsel for Plaintiffs and Defendants are ordered to meet and confer and submit a proposed class notice in compliance with Rule 23(c)(2)(B) to the Court within five (5) business days of this Court's Order.

c. Upon this Court's approval of the jointly submitted class notice, Plaintiffs' counsel may mail the approved notice via U.S. First Class Mail and must do so within seven (7) business days of this Court's approval of the class notice.

d. Class members will be allowed thirty (30) days to opt out, which time will begin to run seven (7) business days following this Court's approval of the jointly submitted class notice.

e. The trial in this matter is continued to the April 2024 Civil Trial Term.

This, the 14th day of November 2023.

/s/ Loretta C. Biggs
United States District Judge